# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )  CASE NO. 5:24-CR-32 (MTT) |
| | ) |
| **STEVEN WILLIAMS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 22. The defendant was indicted on April 9, 2024, and had his arraignment in this Court on April 24, 2024. Docs. 1; 8. Two prior continuances have been granted. Docs. 17; 20. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to meet with the defendant regarding discovery and a plea agreement offered by the government. Doc. 22 ¶ 4. The government does not oppose the motion. *Id*. ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 22) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT